UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FREDDIE LEE CURRY                                                                                    PETITIONER

V.                                                                         CIVIL ACTION NO. 3:24-CV-141-DPJ-ASH

B. WINGFIELD                                                                                        RESPONDENT

ORDER

Petitioner Freddie Lee Curry filed this habeas petition under 28 U.S.C. § 2241, challenging the Bureau of Prisons' calculation of his release date. Am. Pet. [4]. United States Magistrate Judge Andrew S. Harris issued a Report and Recommendation [33], recommending that the petition be granted in part and denied in part. On July 16, 2025, Respondent notified the Court that he would not object to the R&R. *See* Notice [34].

The Court recognizes that granting the petition in part may affect Curry's release date. The R&R also recommends the petition be denied in part, and the time for Curry to object to that finding has not passed. But if he disagrees with the R&R, he may file a motion for reconsideration.

Accordingly, the Court finds the Report and Recommendation should be adopted as the opinion of the Court. Curry has no right to credit for time in pre-trial detention. But Respondent is directed to immediately recalculate Curry's sentence based on a sentence commencement date of March 30, 2010.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE